Frank James TAVARES, Appellant, v. UNITED STATES of America, Appellee.

No. 9732.

Circuit Court of Appeals, Ninth Circuit.

Feb. 9, 1942.

Leo A. Sullivan, of Oakland, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., and Valentine C. Hammack, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before WILBUR, GARRECHT, and HEALY, Circuit Judges.

PER CURIAM.

Upon motion of appellee that the appeal herein be dismissed for failure of appellant to file record and prosecute appeal, and good cause therefor appearing, ordered motion granted, appeal dismissed, judgment entered and mandate of this court in this cause issued forthwith.

---

WARWICK CHEMICAL COMPANY, Plaintiff-Appellant, v. HART PRODUCTS CORPORATION, Defendant-Respondent.

No. 211.

Circuit Court of Appeals, Second Circuit.

March 13, 1942.

Harry Price, of New York City, for appellant.

Charles C. Ladd, of New York City, for appellee.

Before SWAN, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

The order is affirmed on the authority of Stonite Products Co. v. Melvin Lloyd Co., March 9, 1942, 62 S.Ct. 780, 86 L.Ed. ——.

---

George WINKLER, Appellant, v. INLAND WATERWAYS CORPORATION.

No. 12227.

Circuit Court of Appeals, Eighth Circuit.

Feb. 11, 1942.

William J. Becker, of Clayton, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and Russell Vandivort, Asst. U. S. Atty., of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellee and consent of appellant.

---

In the Matter of Floyd Jones YOUNGS, Bankrupt, Appellant.

No. 233.

Circuit Court of Appeals, Second Circuit.

March 26, 1942.

Walter B. Milkman, of Brooklyn, N. Y., for appellant.

John C. McDermott and McDermott & McDermott, all of New York City, for appellee.

Before AUGUSTUS N. HAND, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Order affirmed in open court.